TEXAS COURT OF CRIMINAL APPEALS
P.O. BOX 12308
CAPITOL Station
AUSTIN TEXAS 78711

64,969-03
12-30-14

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

RE: WR# - WR 64,969-03; Change of mailing address.

DEAR CLERK.

THE REASON I am writing to you is in regards to the Above REFERENCED matters(s).

I'm NEEDing to change with this office my mailing Address. PLEASE SEE BELOW.

Your time And Assistance is APPRECIATED.

Thank you

Larry Cockerham

Larry Cockerham
TDCJ # 01802276
Diboll CORRECTIONAL CENTER
1604 South First STREET
Diboll, Texas 75941